ASCENSION LAW GROUP
PAMELA TSAO (266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>            Plaintiff,<br><br>     vs.<br><br>TITANS INVESTMENTS, LLC, a limited liability company<br><br>            Defendants. | Case No.: 2:22-cv-01406-DMG-JDE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. Dolly M. Gee presiding] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Ho and Defendant TITANS INVESTMENTS, LLC, a limited liability company ("Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety.  Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated:      August 1, 2022         ASCENSION LAW GROUP, PC

                                   By: /s/ Pamela Tsao
                                       Pamela Tsao

                                   Attorneys for Plaintiff
                                   John Ho

Dated:      August 1, 2022         LO & LO LLP

                                   By: /s/ Kelvin J. Lo
                                       Kelvin J. Lo

                                   Attorneys for Defendant
                                   TITANS INVESTMENTS, LLC, a
                                   limited liability company