**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TITANS INVESTMENTS, LLC, a<br>limited liability company<br><br>　　　　　Defendants. | Case No.: CV 22-1406-DMG (JDEx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [24]** |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.  All scheduled dates and deadlines are VACATED.

DATED:  August 2, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE